UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. FAHEY, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MCGRAW-HILL COMPANIES, INC.,<br><br>    Defendant. | Case No.: C-11-04516-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties have filed a Notice of Tentative Settlement Agreement and Request to Continue Case Management Conference. (Dkt. No. 31.) Accordingly, the upcoming Case Management Conference on July 9, 2012 is hereby **VACATED**. A compliance hearing shall be held on Friday, Friday, August 3, 2012 on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: June 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**