UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. FAHEY, et al., <br>     Plaintiffs, <br> vs. <br> MCGRAW-HILL COMPANIES, INC., <br>     Defendant. | Case No.: C-11-04516-YGR <br><br> **ORDER VACATING COMPLIANCE HEARING AND SETTING CASE MANAGEMENT CONFERENCE** |

The parties filed a Notice of Tentative Settlement Agreement and Request to Continue Case Management Conference on June 25, 2012. (Dkt. No. 31.) The Compliance Hearing originally scheduled for August 3, 2012 was continued by request of the parties to allow for finalization of the settlement agreement. The parties now request that the August 31, 2012 Compliance Hearing be continued for the same reason. (Dkt. No. 35.) The Court hereby **VACATES** the Compliance Hearing scheduled for August 31, 2012. However, the Court sets a Case Management Conference for September 24, 2012 at 2:00 p.m. in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

The parties shall immediately file a stipulation of dismissal if the settlement agreement is finalized. If the case has not settled by that time, personal appearances will be required at the Case Management Conference. The parties shall file a joint update/status report no later than five (5) business days prior to the Case Management Conference.

**IT IS SO ORDERED**.

Dated: August 28, 2012

                                                                         _____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**