| | |
|---|---|
| HARVEY SISKIND LLP | |
| Ian K. Boyd (SBN 191434) | |
| Email: iboyd@harveysiskind.com | |
| Matthew A. Stratton (SBN 254080) | |
| Email: mstratton@harveysiskind.com | |
| Four Embarcadero Center, 39th Floor | |
| San Francisco, California 94111 | |
| Telephone: (415) 354-0100 | |
| Facsimile: (415) 391-7124 | |
| | |
| THE LAW OFFICE OF ZICK RUBIN | DAVIS WRIGHT TREMAINE LLP |
| Zick Rubin (*pro hac vice*) | Duffy Carolan (SBN 154988) |
| Email: zrubin@zickrubin.com | Email: duffycarolan@dwt.com |
| 288 Walnut Street, Suite 230 | 505 Montgomery Street, Suite 800 |
| Newton, MA 02460 | San Francisco, CA 94111 |
| Telephone: (617) 965-9425 | Telephone: 415-276-6500 |
| Facsimile: (617) 965-9426 | Facsimile: 415-276-6599 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| THOMAS D. FAHEY, | THE McGRAW-HILL COMPANIES, INC. |
| PAUL M. INSEL, | |
| AND WALTON T. ROTH | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THOMAS D. FAHEY, an individual; PAUL M. INSEL, an individual; and WALTON T. ROTH, an individual;<br><br>         Plaintiffs,<br><br>v.<br><br>McGRAW-HILL COMPANIES, INC., a Delaware corporation;<br><br>         Defendant. | CASE NO. C 11-04516 YGR<br><br>**STIPULATION RE DISMISSAL OF COMPLAINT WITH PREJUDICE** |

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

September 11, 2012

1    Pursuant to the settlement agreement entered into between the parties hereto, it is hereby
2  stipulated by and among the parties to this action that this matter is dismissed with prejudice pursuant to
3  Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys'
4  fees.

6  Dated:  September 10, 2012            Respectfully submitted,

                                         HARVEY SISKIND LLP
                                         IAN K. BOYD

                                         THE LAW OFFICE OF ZICK RUBIN
                                         ZICK RUBIN

                                         By:  _____/s/_____
                                                Ian K. Boyd

                                         Attorneys for Plaintiffs
                                         THOMAS D. FAHEY, PAUL M. INSEL,
                                         AND WALTON T. ROTH


                                         DAVIS WRIGHT TREMAINE LLP
                                         DUFFY CAROLAN

                                         By:  _____/s/_____
                                                Duffy Carolan

                                         Attorneys for Defendant
                                         THE McGRAW-HILL COMPANIES, INC.


    I, Ian K. Boyd, am the ECF User whose identification and password are being used to file this
document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for defendant  has
concurred in this filing.

                                         By:  _____/s/_____
                                                Ian K. Boyd

-1-
STIPULATION RE DISMISSAL OF COMPLAINT                                CASE NO. C 11-04516 YGR
WITH PREJUDICE